UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Randall Bock**

        Plaintiff

   V.

        CIVIL ACTION

        NO. 22-10905-NMG

**Candace Lapidus Sloane, et al.**

        Defendant

## ORDER OF DISMISSAL

Gorton, D. J.

    In accordance with the Memorandum & Order entered on June 1, 2023 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

        By the Court,

6/1/2023         /s/ Douglas Warnock
Date         Deputy Clerk